# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, __Marcheta Boyd__ declare, pursuant to Title 28,
    (Print Name)

U.S.C. § 1746, that I am employed by __The Bank of New York Mellon Corporation__
                                              (Name of Business)

and that my official title or position is __Associate, Paralegal II.__
                                                (Official Title or Position)

I further declare that each of the records attached hereto or assigned to BNY Mellon's reference number 253014 is the original or a duplicate (exact photocopy) of an original record in the custody of

__The Bank of New York Mellon Corporation__
  (Name of Business)

I further state that:

1) such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) such records were kept in the course of a regularly conducted business activity;

3) the business activity made such records as a regular practice; and

4) if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.

__June 17, 2024__                                              __Marcheta Boyd__
(Date of Execution)                                         (Print Name)

__New York__
(Place of Execution)                                         (Signature)