GI_034369739
**Global Investigations**
**Global Financial Crimes and Consumer Protection**
**Risk, Legal, and Customer Operations**



2211 North First Street
San Jose, CA 95131
paypal.com

**Business Record Affidavit**

Amanda Ellis, certifies and declares as follows:

1. I am over the age of 18 years.

2. The business address for PayPal, Inc. is 2211 N. 1st St., San Jose CA 95131.

3. I am a custodian of records for PayPal, Inc. and its additional products, including PayPal, Venmo, Xoom, Braintree, Zettle, Hyperwallet, and Honey.

4. Based on my knowledge of PayPal's business practices and procedures, I further certify:

   a. The enclosed records are a true and accurate copy of the original records kept by PayPal, Inc. in the ordinary course of business;
   b. Such records were made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters;
   c. It is the regular practice of PayPal to make such a record of transactions in the ordinary course of business;
   d. The records were retrieved from PayPal's databases according to our standard business practices; and
   e. I reviewed the records to ensure that they conform to the information stored in the PayPal database.

5. The records for GI_034369739 with a date range of 01-01-2015 to 03-22-2022 PST include:
   a. PayPal
   b. 1214947648640586690
      1479888175687161763
      - [Account Profile Information]-Provided.
      - [Activity Log]-Provided.
      - [Transaction Log]-Provided.
      - [Financial Information] -Provided.



2211 North First Street
San Jose, CA 95131
paypal.com

6. I swear under penalty of perjury that the above is true and accurate.

Dated: 06-13-2024 By: /s/ Amanda Ellis

Amanda Ellis





**AFFIDAVIT for Business Records Certification**

Ashley Betzhold, certifies and declares as follows for Case Case01091783:

1. I am over the age of 18 years.
2. The business address for PAYPAL is 2211 N. 1st St., San Jose CA 95131.
3. I am a custodian of records for PAYPAL.
4. Based on my knowledge of PAYPAL's business records practices and procedures, I further certify that:

   a. the enclosed records are a true and correct copy of the original records kept by PAYPAL in the ordinary course of business;

   b. such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

   c. it is the regular practice of PAYPAL to make such a record of transactions in the ordinary course of business;

   d. the records for this case are gathered and stored in the routine course of business, and were retrieved from PayPal's databases according to our standard business practices;

   e. I reviewed the records to ensure that they conform to the information as stored in the databases.

The records for Case Case01091783 contain the following data:

☒ Account information
☒ Transaction logs
☒ Activity logs

The following accounts are included in these case records: 1153194378776001362, 1159123364684032657, 1200718484648536739, 1205304837696204938, 1206368400339251751, 1223821088894905651, 1234069175170380213, 1241757631793900398, 1252681399561072324, 1282050439777959970, 1327618071173697544, 1354695346079559862, 1387935525765393060, 1389258805973258544, 1390144289755997657, 1391444023325388257, 1427061989396694496, 1434867795252467236, 1448024341147713575, 1460591165297201444, 1461890470801143818, 1492495991600000758, 1534438870417787199, 1600752683775772692, 1604946039892104049,



**Global Investigations**
**Global Financial Crimes**
**Global Governance, Risk, and Compliance (GGRC)**

1631443590680071616, 1664344754687319908, 1669061473398014616, 1730406944299597798, 1733491125797505679, 1779997914953800996, 1833060857267132399, 1848469609127897496, 1861659898040589032, 1891200277708046131, 2014214542473340675, 2056499341400889537, 2129634374252905470, 2180069043071637178, 2193130962626643594, 2201191556827433979, 2234842783388448691, 2277929845910849140, 2302925698994909596

**AFFIDAVIT for Business Records Certification**

Case01091783
I declare under penalty of perjury, that the foregoing is true and correct.

Dated: 6/21/2024 By: Ashley Betzhold

Signed: Ashley Betzhold