

Regions Bank
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203

IN THE MATTER OF

**African People's Solidarity Committee (APSC); Account #████5032**
**U.S. District Court, Middle District**
**2021R00610-031**

## Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/2015 to 09/09/2021, are described as follows:

**signature card and opening documents.pdf** - signature card and opening documents [████032]
**████5032.zip** - statements, deposits with offsets, cancelled checks and withdrawal with cash out ticket [████5032]

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records. I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process. The search has been diligent and the records enclosed are believed to be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on November 16, 2021.

**Tracey R. Conboy**
Digitally signed by Tracey R. Conboy
Date: 2021.11.16 07:23:35 -06'00'

Tracey Conboy
Legal Processing Section

SUB-028044

DISC-115280



**Regions Bank**
Legal Department
1900 5th Avenue North
23rd Floor
Birmingham, AL 35203

IN THE MATTER OF

**UZI Custom Apparel, LLC**
**United States District Court Middle District**
**2021R00610; 2021R00610-143**

## Certificate of Origin and Authenticity

The attached records, identified within the requested timeframe of 01/01/2015 to 09/20/2022, are described as follows:

**signature card and opening documents.pdf - signature card and opening documents [▓▓▓▓6622]
▓▓▓▓6622.zip - statements, deposits with offsets and checks [▓▓▓▓6622]**

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form. Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format. Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof. Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records. Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank. Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto. Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records. I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process. The search has been diligent and the records enclosed are believed to be complete and to comply with the subpoena. They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on October 26, 2022.

**Tracey R. Conboy**
Digitally signed by Tracey R. Conboy
Date: 2022.10.26 16:52:41 -05'00'

Tracey Conboy
Legal Processing Section

SUB-036860

DISC-117173