# CERTIFICATION

I, Kayli Rummell, hereby certify that, to the best of my knowledge, information, and belief:

1. I am a Records Custodian for PNC Bank, National Association, a national banking association ("PNC").

2. As a Records Custodian, my responsibilities include identifying and authenticating records of PNC.

3. Attached to this certification is a record(s) of PNC ("Record(s)"), further identified in the attached inventory.

4. The Record(s) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters (subject to any redactions I have made relating to certain Personal Identifiable Information); was kept in the course of a regularly conducted activity; and was made by the regularly conducted activity as a regular practice of PNC.

5. I declare under penalty of perjury that the forgoing is true and correct.

Date: 02/3/2022

*Kayli Rummell*
Records Custodian

DISC-113621