RE: <u>2021R00610 – 025</u>

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

*[signature]*
Signature of Declarant

Sarah Arsenault

Team Lead

TD BANK, NA

October 26, 2021
Date of Declaration/Execution

Internal

DISC-118305

RE: <u>2021R00610-04</u>

## TD Bank Records Certification

The undersigned declarant hereby declares, certifies and verifies the following:

1. The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2. The records are original or a true copy of the original records in the custody of TD Bank;

3. The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4. The records were kept in the course of a regularly conducted business activity of TD Bank; and

5. The records were produced by TD Bank as a regular practice.

*I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

*[signature]*
Signature of Declarant

Kristina Newton

Research Clerk

TD BANK, NA

January 11, 2022
Date of Declaration/Execution

Internal

DISC-119810