DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS  (Pursuant
to Federal Rules of Evidence 803(6) and 902(11)

I, Amy Jefferies, am the Custodian of Records, or am otherwise qualified to authenticate

the records of Microsoft Corporation. Microsoft Corporation has provided the attached records

pursuant to a legal process.

I hereby certify that the attached records are business records of the regularly conducted

activity, and that I am a custodian or am otherwise qualified as to the authentication of these

records. I also certify that these records are:

1.      made at or near the time of the occurrence of the matter set forth in the records by
        a person with knowledge of those matters or for information transmitted by a
        person with knowledge of those matters; and are true copies of the original records
        described in the Legal Process.

2.      kept in the course of regularly conducted activity; and were made by the regularly
        conducted activity as a regular practice.

3.      made by the regularly conducted activity as a regular practice.

The address and phone number where I can be reached at are:

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
425-722-1299

I declare under penalty of perjury under the laws of the State of Washington, that the foregoing

is true and correct.



Signed & Dated March 17, 2022