Google LLC                                                                                              USLawEnforcement@google.com
1600 Amphitheatre Parkway                                                                               Mountain View, California 94043
                                                                                                        www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.   I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.   I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.   Google provides Internet-based services.

4.   Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *JESSENEVEL@GMAIL.COM, ERITHACAINION@GMAIL.COM, WITCHOFCOLOR@GMAIL.COM,* with Google Ref. No. 18582099 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.   The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.   The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Stefan Oddsson_____                            Date: 10/28/22
(Signature of Records Custodian)

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

Stefan Oddsson
(Name of Records Custodian)

Google LLCUSLawEnforcement@google.com
1600 Amphitheatre ParkwayMountain View, California 94043
www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 18582099)**

erithacainion@gmail.com.324447372759.AccessLogActivity.Activity_001.zip:

MD5- c1b47bf0ff32a1e3a8c56507af42d925
SHA512- 169c7e313bd5cbff826c32492769c791e3adcc8e5a93333962894c68fca34dc95ec61567ad9945b03f3308ac65c53dc6d54f1c0ccd498f9bedaa3f79d4153ef8

erithacainion@gmail.com.324447372759.AccessLogActivity.AggregatedActivities_001.zip:

MD5- 02560eab12e01b24d5cf1e2a14cfdc01
SHA512- 179fcdaa3b9d75a13375bbe323fcd2aed02df877beb71695d301bc362794553c107dc909dc4e56d2171675cb9f88f9f379adcb1850495c00da3467472973c988

erithacainion@gmail.com.324447372759.AccessLogActivity.Devices_001.zip:

MD5- e2d174746480f966bbbcbb23f44e8c00
SHA512- 411187bdeb8038faeb7db80837801690e918b32c3fac88d5ecd27130f198139991635f98f314ce90748e4dcba9fd57db56408f615fd35f76444b72ae12d77a3c

erithacainion@gmail.com.324447372759.GoogleAccount.ChangeHistory_001.zip:

MD5- c1f57bb18a8db1abce00148e5e6ac219
SHA512- 5b72b2e9078bdb66cbec258e2f666976e90539faf43af484a139eebe8b6ded3a639a7b14139745bf559b76ffa463df09d70911bc2dd1c6591df328d88efa5205

erithacainion@gmail.com.324447372759.GoogleAccount.SubscriberInfo_001.zip:

MD5- b28a335bde05d98b4345d57ffe210adc
SHA512- b71ff408de974c17456556a45fe6e6fe657d65d9e161a54ccb12580d09666af55f0daf89511162e1c152dff6d473857bd2146b79c24b51c847e8474272fdf306

erithacainion@gmail.com.324447372759.GoogleChat.GroupInfo_001.zip:

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

MD5- 8df819f73a9852e7e15dcffa5439e072  
SHA512- cd9efa6f5082fbcafa763191f1e6193750ffc5586598a82a9ac17c35c09b8d33994f970d2472a664cbef515e5a112dded0acf53a24885db0803a529c4267b6f5

erithacainion@gmail.com.324447372759.GoogleChat.GroupTasks_001.001.zip:

MD5- 88cc5f6504e5f6c79a6bed4b7381584c  
SHA512- 11f49c5a0d51e0a10507f6d20da83a7ae40da6c4432732f4ce5730ad752783eb5a45dc4c3f6757af4ebb26e915c40680c9e758d6e7d77a3b537aea449e59055e

erithacainion@gmail.com.324447372759.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- 9952c25daeffb114cb9677c78a0e2766  
SHA512- af357a4f8aa1bfb9ec34a77605c0b309a7001d14e2b33d0374a5ca5fb8ad326a25c38afaa9214c23e7a08aa3d3f04f091af704b609d7ca66f802c43c8001878d

erithacainion@gmail.com.324447372759.GoogleChat.Messages_001.001.zip:

MD5- 56e06ea94dee1ececdeea3ce1b43f13d  
SHA512- 4b4114047c80af9232127111c0e00b40b8d2140303c7ff5eebf70145b83881bcd781054912138d0bc9ef8aadd07814782b816bda1fbf8c212985985701eafac6

erithacainion@gmail.com.324447372759.GoogleChat.Messages_001.Preserved.zip:

MD5- 4c05165b53458bffc01f2b3a59233981  
SHA512- 62ba745eb29a981f288480cab2014b7fa7d9b4a47f6f2f51169731fec65662615651a2a8ee94225e4c5e362d9025fc39047eb6391ae4548739e6d65b7ee15448

erithacainion@gmail.com.324447372759.GoogleChat.UserInfo_001.zip:

MD5- 485e4c253df1990ecb9f2c3baa6da31b  
SHA512- 010321097b1ce346bb0dd685246b07d2d64a66e02e632d36d213c2044132aaf7472c5d352c68ee4d2a83c9e305fd27ac4985e2a44e9a3455d1cbf1ad8255c642

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

erithacainion@gmail.com.324447372759.Hangouts.ContentAndMetadata_001.zip:

MD5- 7ad7918a863ea97a9854a53a7218629e  
SHA512- d16086a2acea120248c5aefb1fd435e3ed4818f1657c67a89a80565efdc07fe7094065306f9ba443e6bf19836e00043ca61db27b4b421d2bc737a5823b102dbe

erithacainion@gmail.com.324447372759.LocationHistory.Records_001.zip:

MD5- 76e717d2880a434f72690fe77588c2d8  
SHA512- 091ae4afbb218850a72451ead16a2ed1a561a75644c36fc6c00ab75e47c1277d0d99e8a9626ab683c854aa589708d98df5f27f1a31e4fd8d267588505c764278

erithacainion@gmail.com.324447372759.LocationHistory.SemanticLocationHistory_001.zip:

MD5- ddb4b483da91052bb3a94932930c83cf  
SHA512- 41c20b3e0e87ef4f4183f60fc34a8e81638023325ce68feaa98d25c0d4188a72e699d470f599a3731c3a2cc3118543b5e127ec3e4b1fae6a0f9e0e7473c4c53e

erithacainion@gmail.com.324447372759.LocationHistory.Tombstones_001.zip:

MD5- a9c04626852f4d2cb90444b0e848c029  
SHA512- c9d976eef975f1635c88532a6a9237c44099957680ee109ffb3de12d804d1be670c32f549261a9791f848bd1fd46bbe7d35014e4e18d233e9b61b70f75e65aa3

erithacainion@gmail.com.324447372759.Mail.MessageContent_001.zip:

MD5- e0d9c7ec0a44ba2238ed5c06861591f8  
SHA512- f839791df64104087fd39102545c8ee9425e53688511aa3bbb89356e8546b38dcb126bf709105db64827460128cd174b081a18f0addd22da9fc344f0da358e10

erithacainion@gmail.com.324447372759.Mail.MessageInformation_001.zip:

MD5- 3d94bcd5cdf4bc84c31cf2e9530e2ce4  
SHA512- 998eca168f24f97c31c5b49c5b4b312b49a6f31760bc3a21cea8fe69a42d23152ebb36786a20d007c

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

93340f960077409d0ae737b65284066615d99acedc02aaa

erithacainion@gmail.com.324447372759_001.AccessLogActivity.Activity_001.Preserved.zip:

MD5- e8153bc96a98d4e82d15f0609cf9e451  
SHA512- 1cbe82fc95aed85b2915b0d059b82826b5095f51aedf92ede57330dba3b08ccdc8acaf9b4846abab75c3387183eb5b1854f740ad7853c05294b087c5019e6e4f

erithacainion@gmail.com.324447372759_001.AccessLogActivity.AggregatedActivities_001.Preserved.zip:

MD5- 28ee52c24bb37fb887319c95d92fb452  
SHA512- fa2ab7795430bd8328798e952d5bc501a58d838c4dc29656a528243079c305931f0db175aa21438809841734e123805482fbe2ce9ae269c0d2a7601d8ab18478

erithacainion@gmail.com.324447372759_001.AccessLogActivity.Devices_001.Preserved.zip:

MD5- 798bf139743e1acdeccf9901388f4f97  
SHA512- 5ef2cd855b6332d23c77ba8aa0167ae8646306281286903d796d21f762bf1a6de33f6e198ab50149ebb0eab6efb96d7fd0be661fcb0de5b53a11166af4fcc652

erithacainion@gmail.com.324447372759_001.GoogleAccount.ChangeHistory_001.Preserved.zip:

MD5- cff25f30502e67800572487bdba94047  
SHA512- 195afaf020d7b15520f9f6f5c8cbb81a04881313169b0ea048523b722ac636990c196a4d9c883f0ef6fba83289606a107fe998c3822b6323aa8fd024f6f7d1d1

erithacainion@gmail.com.324447372759_001.GoogleAccount.SubscriberInfo_001.Preserved.zip:

MD5- c5dd2db3776504186c7a59cdbcc9fe55  
SHA512- aca9daf9735d86d47b97593fd74296bcf0e4bfff351ab1c2f44638f85ba98a61e46ce3a4806755c94804bb00082412c298cbfbfeda70d4ce599c252e7823ad19

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

erithacainion@gmail.com.324447372759_001.GoogleChat.GroupInfo_001.Preserved.zip:

MD5- baf158e3a6490752bdfb11396305046f
SHA512- d8cf657f76b847b9802bbf45cef3c02e9e4228d71680d1e36b07e0b389c9482382865a13f5adcc781df9229a93f458435b00a528f47ff2a0b5ee20f87c7a421e

erithacainion@gmail.com.324447372759_001.GoogleChat.UserInfo_001.Preserved.zip:

MD5- be7911229e2cd0b5483bced2bbc74612
SHA512- 1bb8b96f32b3f2765f6a34f764a1c1bdc0af5e6d3ee713e351e956b2b93cf2ec29aa7a3cbd2f9c8cb0721d629ce9c3e8ae69912d78dc7352ecca3d5931abe73e

erithacainion@gmail.com.324447372759_001.Hangouts.ContentAndMetadata_001.Preserved.zip:

MD5- 80af8f03141fa011f955b6581c302b89
SHA512- f936f7363bfbaed7f8d319cc9776744f7571a80215a075331842dd74ec8ccfc06d78b733eb1bc5bb2cc0c7882cf361d4864195e8ab1b307b57692217e937718b

erithacainion@gmail.com.522360537764.GooglePay.BillingInformation_001.zip:

MD5- d79a31843bb7ab637c77654f773d3903
SHA512- e247ee2e563de463eb88ae84af2faa3fbed2e08864289c31103ecfe7f8ec9d4692277f058fcdf874b9bf8aec7f1d9a92cd77172704d81313f7602b77d8c769a7

erithacainion@gmail.com.522360537764.GooglePay.CustomerInformation_001.zip:

MD5- 3365ae5748028506506e6a01a6374a1b
SHA512- 4ed9969f9166deb54d815e890b26a6fbae9a1b5519c338222a138cbebca5b1286c0b32690f28e497e29fdf1ba95b35dea8692fcee09a0c64ff8b9780508a313f

erithacainion@gmail.com.522360537764_001.GooglePay.BillingInformation_001.Preserved.zip:

MD5- 3a6a2da8c5b42e2225183142b3a9ce78
SHA512-

# Google

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

63f617c001d6a9afe85c6457ad1418544a2e3b61d1fc1c117e48c837b6cda6bb3aad0f19e0314fab7c673a7b00611657f3761ac674c39ae9503cb1c9dd8392fe

erithacainion@gmail.com.522360537764_001.GooglePay.CustomerInformation_001.Preserved.zip:

MD5- a62424b6a542a6ac2642e898d7652862  
SHA512- 7e1b4512ba74edd01afb25ba4e0dc2dc8af688e71f51ff40c19a037cd1122406f630016a812baa32b841ff72904c9ea1246d9c726b8557b448c9e552683ecd9f

jessenevel@gmail.com.329602012614.AccessLogActivity.Activity_001.zip:

MD5- 8ecd9e29f5b330e3e321a138e5e88500  
SHA512- c8e91e19aa9adfac5d6e37110b960a50d60ae298dd573b9b62c8f55d19d2eff745fa778c5f6aa7a72329b693e1fa31c19a55aaa665602c0531731429c7744ccb

jessenevel@gmail.com.329602012614.AccessLogActivity.AggregatedActivities_001.zip:

MD5- 93a129d977fd486f16a56f5ce7e25244  
SHA512- bcfb51a82878a0cf08e69442b5203c66913facb738bf2ceda1905beb8deee52c4b7c84f450d6c1ec83407d78d7631c88ff8c92c84e9b80d75172b6169e912c14

jessenevel@gmail.com.329602012614.AccessLogActivity.Devices_001.zip:

MD5- d32d5d70cd3fdb584e06695f10425a1f  
SHA512- 0db8a9990cae64ce8f60a1f8eddf3c0903874d674cb57b169fa0ba64c5bc6be691281151de629c7cd35228215bbf4dadb40e5300fcbdb5b252dab99ff224150d

jessenevel@gmail.com.329602012614.GoogleAccount.ChangeHistory_001.zip:

MD5- c2789ba1324b8e0cbde89538b4a9ee83  
SHA512- 0acb9c690bd4f6d088d47701f6f818400c27c63c3465e29fdd35fd0d47c54434732bf0939f13bdc0eb302adc554b8f20f0f7e347acf28af329ba56e630de4602

jessenevel@gmail.com.329602012614.GoogleAccount.SubscriberInfo_001.zip:

Google LLC                                                                      USLawEnforcement@google.com
1600 Amphitheatre Parkway                                                            Mountain View, California 94043
                                                                                                www.google.com

MD5- 780a6fb0614eb945fe5d0fb55b51b76f
SHA512- ffae57ab4e3c53ec59ed54d583d98df34a8f3685c13086176c927888612cf9b2be26468ccb4780e242c2e301de026de6728b72ad20a207a3a7c7cad7dcddcbbe

jessenevel@gmail.com.329602012614.GoogleChat.GroupInfo_001.zip:

MD5- 30915de621f7edcea4afb64e4a63e356
SHA512- ee2d5ea6e3c4457a66b43f16fb7f4d20435cf6c94d704a8cdc16e3844d60078a2b439db113c1a84d4613cb7a542e1fe78fca7d5b60c8a9600d1936d069f2e3b0

jessenevel@gmail.com.329602012614.GoogleChat.GroupTasks_001.001.zip:

MD5- 3ab5fe4b9ba3680dac21191cfc16a5ad
SHA512- 416e8d2c56c26c8cae29df4c53790e1a8a94b8764affa03c511673ee92dab645bc83e62600acbf52a04c03c00f82679bbd4aad7efc643b64e5eb2c5098a99930

jessenevel@gmail.com.329602012614.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- 72b400a4b766b6f289a366e5eedede76
SHA512- 53a5c478988fd28d5e474108baee0f19521e152f8e1dde0b26392bc443ec77f897ebac28ef59e7534f5d72288ada55788a978364936d54b0dd82f059aaa45a27

jessenevel@gmail.com.329602012614.GoogleChat.Messages_001.zip:

MD5- 527e01ec06bbd0f9da90a030ae01ddc9
SHA512- 160a3d28876084030e0a09dc90b68a7f675badf794e1ced1e486e6503fa66e9ff697cc2b8e5f10aa5be461713c9a2d86a35e6dd1c9b0feede1585693aec6fce9

jessenevel@gmail.com.329602012614.GoogleChat.UserInfo_001.zip:

MD5- bf4ac903a70e6076ccc3eca3d3d06641
SHA512- 909a8b64c4570b0cdaf590d9a2c4d9a57612350a6ad8cba4e1a86c0a3da69c5a68cf2ef7c8b41be43a610d330b2f36c950cd61b8b34412476e7f95cea95835e0

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

jessenevel@gmail.com.329602012614.Hangouts.ContentAndMetadata_001.zip:

MD5- e9ae16219f2d6bbb2ea1337762dbbf34
SHA512- f241a28d35a16559f17e0b73fdafd39283d6a3e2fb8ebf9542f53bbd9aa2280806fa21f61f8486fd25d22d22644d05be59668556c5c5a3bc41a71b2d3d722cf6

jessenevel@gmail.com.329602012614.LocationHistory.Records_001.zip:

MD5- 5019eb2517be1da3dfed18a50a1939e3
SHA512- 7a92592597135675eb150e0cd7be889b8f6ccbbd904d7602c4d515953e2fea1063117cf3eed69c5ced0e4818ed225a5bba6b74c8cf3c72f61ffd6ff05587310a

jessenevel@gmail.com.329602012614.LocationHistory.SemanticLocationHistory_001.zip:

MD5- 49051bc2fb82db793b1ee8433b191d3f
SHA512- e3f64c79c9f4f2f197316b0cd035bb5a845226ed4ddf48c39fc92d3f65310ebd8c41075afde0fe3725125764878cb7b24ec91c9d6f1d3d28c5b847632c0d5355

jessenevel@gmail.com.329602012614.LocationHistory.Tombstones_001.zip:

MD5- 5075f7330c7fc829243ae1722fc5f985
SHA512- c9bbf8fec2666a8eabe9ccc8ce2cda9cc080878febc8b57fc9fb2486088b712fe222d1fc7fb7812541c9b4aaf6a21a65a1439350037bea116dff055ba3f66d16

jessenevel@gmail.com.329602012614.Mail.MessageContent_001.zip:

MD5- 62bfaaabf06b945de18c78267795d628
SHA512- fede3d5e6e2a0a363dd7b3d36f70ccacc50687391403fcd07986bec79d5da188cc10a21d65f23c71ad4bc41f8a82234ea552da6d0a3951a418a6d26edf0dabb2

jessenevel@gmail.com.329602012614.Mail.MessageContent_002.zip:

MD5- 6daec3ca24d4b49d1069967e511098b0
SHA512-

Google LLC USLawEnforcement@google.com
1600 Amphitheatre Parkway Mountain View, California 94043
 www.google.com

9dd05ed383affebb9e3f627d9f9c180582085af3bc82a3c15612d8213ddc324f7de7939e1c997490f5c468ef855e383b54f82cd0d53e2398e26359eb4b934d61

jessenevel@gmail.com.329602012614.Mail.MessageInformation_001.zip:

MD5- 25076e02dad8e6cfbcf866096cd1f8c7
SHA512- bc0c6d0229998a5aa332ebe2a702c1df812bac7af3cd337ca7f5c2e3905d7b4e889603b0b60dfbc57d94331e1b0c162c658b11e462ee7fc392b471ded467e427

jessenevel@gmail.com.329602012614.Voice.Communications_001.zip:

MD5- 332b5b3d9b6a0b7ca2f0cbb81767c35c
SHA512- 2edec3b0b0e5f6c7ed0fca7b617c11ebf91699dc29c12d1ed7535807c5a7bf921d9066542f339c611d953d09f85aeff349ae8cb53e1da64a6ccbed41f16889a9

jessenevel@gmail.com.329602012614.Voice.SubscriberInformation_001.zip:

MD5- 209e208ba3898fd6ad5afc2268a6f89d
SHA512- 06c5a126997e064f927c64ab01a60d164b2977bb788947a3377df7c5a0a303ce5efb449ec4fa94285dbed669ed4a1ffc14073d33cc11c032aba5280395ee670f

jessenevel@gmail.com.329602012614_001.AccessLogActivity.Activity_001.Preserved.zip:

MD5- 99b8263b1eee0afdd92e3872ccc9ced9
SHA512- 20937671d060f9fca46f71712c603f83f6aff03a55883cff10fdc61b0662749f683fb3c0cff4dd9e9330921508c1f74b5fd77587fdf567b4e591cd334db96564

jessenevel@gmail.com.329602012614_001.AccessLogActivity.AggregatedActivities_001.Preserved.zip:

MD5- b23077ea642b085fd748199abd2ed968
SHA512- 657ef9efc90deff1b0a84be0e49990c69ffd2b2678512d0c75f9e2db210ad757693331c477ab90970b6f67c5b58cde5ace8dd1d278f84a4d32a130cbf6a647c0

jessenevel@gmail.com.329602012614_001.AccessLogActivity.Devices_001.Preserved.zip:

Google LLC                                                                                                            USLawEnforcement@google.com
1600 Amphitheatre Parkway                                                                                    Mountain View, California 94043
www.google.com

MD5- c3e2ef5ff65e7b8b13070f0380653d87
SHA512-
a417b10f13fa1f988853a407a58e94196692b561a777d24e4aff5884b991845ca74c24d48a92e3154
5107df3855d3b33a33c3791bcaf363e786f802b744ed2e3

jessenevel@gmail.com.329602012614_001.GoogleAccount.ChangeHistory_001.Preserved.zip:

MD5- dc1c7d66dad2442833ace0d8d22e0795
SHA512-
05862e5074f78d07efddbeaf910c0741c042a50c2f58f4cab0d9def4afdfb6b277351be1978976f0fa4
2fc90574f039baaac555da629d264b5d416b72ed95a73

jessenevel@gmail.com.329602012614_001.GoogleAccount.SubscriberInfo_001.Preserved.zip:

MD5- 58bb483309864ba153590edb54def2c6
SHA512-
a827a0da32bb9ac270a78633fe62d790ba489be9f406ed3e1acacb8318e28855c54a6c2e352aa37ffa
651fbfcf40c1b701686e0b3e05007c45d9b1c08752c342

jessenevel@gmail.com.329602012614_001.GoogleChat.GroupInfo_001.Preserved.zip:

MD5- 8e5de6b2a4cdd2fd0b19d654b9d7bc63
SHA512-
aca206aefeea8874d4a8f9578416f40f6c97abf30db85024521b49d08c3a52bb9f1770a04933b43998
49cc458034895238ab40c3d7f7f788ab76604210eb83c1

jessenevel@gmail.com.329602012614_001.GoogleChat.Messages_001.Preserved.zip:

MD5- 876807d5a236bb74aa05b55077b996b7
SHA512-
91d34eff984d84be3186672f444649b73530cc425ae87c51f25b220de780628ede799aed4b4000218
2872b1ddd213a22b9ecd17d2898004b01578a8434423441

jessenevel@gmail.com.329602012614_001.GoogleChat.UserInfo_001.Preserved.zip:

MD5- 0dd98705cf7e64486996133b9c7c2ab2
SHA512-
ad734d013db4140365a008f846def10600f871979348a168df4c71e158a2308f00818880dd082bb10
e7d1822b031e8fbae4d0ade06313cb0e337bf7af1d2966c

Google LLC                                                              USLawEnforcement@google.com
1600 Amphitheatre Parkway                                               Mountain View, California 94043
                                                                        www.google.com

jessenevel@gmail.com.329602012614_001.Hangouts.ContentAndMetadata_001.Preserved.zip:

MD5- b8a9c9c2d292dc6850811a22ebae1840
SHA512- 2cde1582bdf987cd52174f9275e3d4dba8720fbe235f5d5c0a5b15262de7de8603abcfddb259d5b4f530d66e0797bd89dfc4f7137af768d5a32731eb20c08cfe

jessenevel@gmail.com.329602012614_001.Voice.Communications_001.Preserved.zip:

MD5- 3acd44d93e206afb8a1c9bac8e7fe503
SHA512- 14138a534d5691bb62cc80901f290b74d2a883f8b2257753f4dc35b482c23538d9878387ff0de05a9a2224487e9749c677c539d46893ac424775bc470dcb0c9c

jessenevel@gmail.com.329602012614_001.Voice.SubscriberInformation_001.Preserved.zip:

MD5- beaa3391e1a69b8fa8e0ad406e72feef
SHA512- 2c1d7ffbe23ff1cc60e4c862a5d48070adaf81bb4c0c48957aa00456f9bb4bc61d367280c170d6b32c4f8c565638a0d52dc4fa493b7f8226d1cd20986e567541

jessenevel@gmail.com.356180933537.GooglePay.BillingInformation_001.zip:

MD5- 5a791bd29fc01d8f51340ec9ec6c4157
SHA512- 4de00bf20232d94e77127b8e9e6aec7aed9f30b15d366ceffb712466cd2bd0ae4e683f4618202db1232dc4df842b54cbc151b72b141fa8d8283b93442b314d2c

jessenevel@gmail.com.356180933537.GooglePay.CustomerInformation_001.zip:

MD5- 1e581c890a190d09540f29b756577aaa
SHA512- 7db0e223307a99323da7635b1a2373c76d19054e3ca87bd64f6f05ce2f0cf20c47847a2232ca7bb7a0fbf8b8c0e9298d7588cbf99cd87b04771081a52ab0fb37

jessenevel@gmail.com.356180933537_001.GooglePay.BillingInformation_001.Preserved.zip:

MD5- 471f7f5c48eb3ef5a8a5091d3e96aaae
SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

a4a4fa3639f32056aa95423d5aa089fc4ecfcb6f6b2b28a04f7fccbfc3fbb791405cbb5f5bbc75bd8ed3a3eb7bb0ca271ed4f097b834ea587738b35e7c621159

jessenevel@gmail.com.356180933537_001.GooglePay.CustomerInformation_001.Preserved.zip:

MD5- 63cb0fc864d4bcc6ed65a008d0f2f7a3
SHA512- 508d0ee78d7919f32f54a628bd6f6b8f685d4aa8a746bb03a32f2f946d22fd8268be0b267b3310a43d1dd92bc6842157aabf22cf89cec46583f5fdb6e8e435a9

witchofcolor@gmail.com.6485262371.GooglePay.BillingInformation_001.zip:

MD5- db53d11e7defdb7d2e6fca276e3dfd0a
SHA512- 8d95f42bd5967937a52b9bdc5bf695ed99c0ff6208503cb0bd18ff84ea3f10f7bc56598798e6bf4a15436a3a458013b339dd5591bdc4b42067e377629a63b342

witchofcolor@gmail.com.6485262371.GooglePay.CustomerInformation_001.zip:

MD5- 753886e45beaf0f60979d08f774d864c
SHA512- ee0118ecfa7b8590f36f241c104aa70c67c89fa838d5c716dd2dc54834f24ea195830ca196fac855e3b111b72c5a8391320d78f7f69cab3426b9ea6a0ae9c406

witchofcolor@gmail.com.886515097284.AccessLogActivity.Activity_001.zip:

MD5- d10e80bcaeb6625020f290e52716a305
SHA512- 9b160a135279faca5e567765552756dc4ccb9db471d950702a07ad4862216d3c5cc87167041e83ee8331bedfa8093f21c885775d3db3f535d62aefdde2ccf26a

witchofcolor@gmail.com.886515097284.AccessLogActivity.AggregatedActivities_001.zip:

MD5- eddf97117cacf53fe955e524456653a7
SHA512- 9601403c9345c0cd45feeaec97eaf26bf68097f1becb68a38851dd6d7565b4b84964d9c6bd4f9ed00f26a2291e62f3d7c4b1110633b152da8691b4f827df2356

witchofcolor@gmail.com.886515097284.AccessLogActivity.Devices_001.zip:

Google LLC USLawEnforcement@google.com
1600 Amphitheatre Parkway Mountain View, California 94043
 www.google.com

MD5- 0e9c72e03338e6a72394ef0633cd1fdc
SHA512- edc3bc254132b620079fb9f60d734f2c127f35aa8a17494ef8ac0ca22df33c763447c20d9938ca0b34d9f6fde791302b227b45a15a21cce2ff15dd9aa9ac9318

witchofcolor@gmail.com.886515097284.GoogleAccount.ChangeHistory_001.zip:

MD5- ff7ee37f98cc2747e4ee5e5ed586f2bc
SHA512- 5f16a2fdcfdc4fae6a4a325bb0670edad543e1dfb1d514dad45f9adec838a73843f696d564fe925b8b63275a1599480391e220f835b7b3123149be3622c41751

witchofcolor@gmail.com.886515097284.GoogleAccount.SubscriberInfo_001.zip:

MD5- dd8e378766259f0e6e4ddaab280cb478
SHA512- 476c2b244ee8b25cf63ecdc2aebe28b2c3f2d218f661a1ffd091fa67dcad1a0fa4b22f9274661401215cdf906eac997dfa4fa0888a4e692b01fd3d64260f3da3

witchofcolor@gmail.com.886515097284.GoogleChat.GroupInfo_001.zip:

MD5- 9ecd7897e242f7abaaa5371df1b144b7
SHA512- 054e81a5ce18acfb2c4b490f7a487459de189d62d96cb23d399c42fce458dda63cdeb051f54fe3dc682391e8b5ad44f5e173e91107101125f8e77628a9483460a

witchofcolor@gmail.com.886515097284.GoogleChat.GroupTasks_001.zip:

MD5- a755d3f198aeadc020c778d811730dfe
SHA512- bb0e59cc287ed7155902b5e702652f4028a11c04b81295a7ddd4c93ee2175258126f170f610a9236df0558f07221a33f519e86d0c4bf8cabce6ce018f901cf3e

witchofcolor@gmail.com.886515097284.GoogleChat.Messages_001.zip:

MD5- a688d458de5d03288e2b804a52fe79f3
SHA512- 26ea0bd7e3d3d5e87232050db92a7cf5b41a99112e417fa1346cf3f885bdbce254cbefd6c8f18ad526e0e7239854b04e50b263b9e40468ef877f220b099c89c5

Google LLC  USLawEnforcement@google.com
1600 Amphitheatre Parkway  Mountain View, California 94043
  www.google.com

witchofcolor@gmail.com.886515097284.GoogleChat.UserInfo_001.zip:

MD5- 32adf17d65c524b9cb3df14bb4efd8e1
SHA512- b72dfafa9d8be6ba3b0c08ec4a746065756dcd46348016761248faa4d8e889c2a7468b327dc144859e3dd78a96f82cf19ad14e7755816ea57d10e4963f53f17d

witchofcolor@gmail.com.886515097284.Hangouts.ContentAndMetadata_001.zip:

MD5- 596ed9c33c42d492e3c9e9f846923300
SHA512- b361e706ca174d4e26b309d558db561fc44fdca87f99b4aa6cf15902970e286687822c1a29178f80469f5a1a463cd1042084fba195186d0f429903449ab9aeaa

witchofcolor@gmail.com.886515097284.LocationHistory.Records_001.zip:

MD5- 4f2986e0f1205cc4a679320fffe65896
SHA512- 50010a3691aee041914f1fd0a1e5f4415d35e423f162917c936672053220273b9594095302339c63fb3ee2783dd52e00edd06399c98ca60ef32f697e6abcecc5

witchofcolor@gmail.com.886515097284.LocationHistory.SemanticLocationHistory_001.zip:

MD5- adf3747206b29e7b465934ca60f33a31
SHA512- 1070827fd9bce08b59ab6742bc388fb5ababf4b66b5ef485039b2437d7af5587b34d48f97b95e51d772f297cd35fdfa0fbd11f240c1e3f36e7b613eae6c6624c

witchofcolor@gmail.com.886515097284.LocationHistory.Tombstones_001.zip:

MD5- 9a1e5e79cd12c83be3b44872626a085c
SHA512- 6505602eade73328c7d2c29fcd364f4335ab4c0adabe196ecaad84d011697fd5a42ad32045921284494ebef8c3277e63b71d57473ff6e4587f785d60b2b31b14

witchofcolor@gmail.com.886515097284.Mail.MessageContent_001.zip:

MD5- d9f9a363c65f2d5b55251b039c985f4c
SHA512- a6868d31343e4dda1227507993d2b303e5a532db5024e609f6a724dfa200103f3d658fda920d8691

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

69bdd16dcb5d73772e4dccdd14128e89a0944bcc2d23fa2f

witchofcolor@gmail.com.886515097284.Mail.MessageContent_002.zip:

MD5- 788f785ae0fe4ab94b8ea3fea5866135
SHA512-
73251dc06836d15f22e525bfd461ecbf0b30148cb2719dd690a03241b7ddacb40be97945fccdfebeba1ea25d0f161224a849b10dd5428f0bf6ea64de4e0df981

witchofcolor@gmail.com.886515097284.Mail.MessageInformation_001.zip:

MD5- 3fbfc5679f2989eeb89460c8bf815284
SHA512-
7804d737f812602ee3cfd56d8664b4c86674143763d0ebe115b4dd9902a9d00d15b1ca5a3b0007c0cece72003fb4af19cc7e43df0481f6160321bff265d1ad1c

witchofcolor@gmail.com.886515097284.Voice.Communications_001.zip:

MD5- 3c49a598dd3b3fb3180b4761b5f07d27
SHA512-
8a8b9cec69f67bee732f50c4431a353242bea3d70540a90fa90b1ae9265a551c58e7db317b8ab0b4d90d8de1454e4e8a895e373f28d3efcf33083475ea156777

witchofcolor@gmail.com.886515097284.Voice.SubscriberInformation_001.zip:

MD5- 4bafc5cc15164328d284e73cca61f2d0
SHA512-
55c96681afaef79023b5848bda50eee93a9d7465cd70f7f8f90176bddf2967cb2b8a1c5e8653d64e3fec88acbf7cfb75a89cec139dd39df903c42af20a915a91