# CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Maya Kumar, hereby declare:

1. I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California. As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_APPLE_CONFIDENTIAL through APLiC000002_APPLE_CONFIDENTIAL produced November 25, 2022 in response to legal process served on Apple on November 22, 2022. I am authorized to submit this declaration on behalf of Apple.

2. Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3. With respect to the records contained in APL000001_APPLE_CONFIDENTIAL through APL000002_APPLE_CONFIDENTIAL, these records were:

   a. made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

   b. kept in the course of a regularly conducted activity of Apple's business; and

   c. made as part of a regular practice of the activity of Apple's business.

4. With respect to the records contained within APLiC000001_APPLE_CONFIDENTIAL through APLiC000002_APPLE_CONFIDENTIAL, these records are Apple's record of the iOS device backup(s) and iCloud information transmitted to Apple by and stored on behalf of the Apple ID accounts with usernames antiglobalist1@icloud.com and vkoim.popov@yandex.ru ("Backup and iCloud Records"). The referenced Apple ID accounts transmitted the Backup and iCloud Records to Apple, and Apple stored those records at or near the time indicated on such

Backup and iCloud Records. The Apple system that received and stored the foregoing Backup and iCloud Records produces an accurate result.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

DATED: November 25, 2022 **APPLE INC.**

By: /s/ Maya Kumar
Name: Maya Kumar
Title: Legal Specialist, Apple Inc.