Google LLC                                                                                                          USLawEnforcement@google.com
1600 Amphitheatre Parkway                                                                                           Mountain View, California 94043



# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *PENNYUHURU@GMAIL.COM,* with Google Ref. No. 7821524 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Andrew Tinsley_____                         Date: October 28, 2021
(Signature of Records Custodian)


    Andrew Tinsley
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 7821524)**

pennyuhuru@gmail.com.4622272406997596052.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- c3bc7430186efcc865f4f6396280a209
SHA512- 71a9e64502301642c1bebebd4583f55fafc2794586189a108610fd1f3e963cfac75d7ae9fefe74e31ec5e1a1a1a58f3792ead5800bd18359d7dd3b9265bbf9db

pennyuhuru@gmail.com.4678454440848838498.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- ce59dcf3f93e3ed2b37264dbf14cf789
SHA512- f8bf7222c2281c6ffe594d404fd3afba14b86eec50472b80119877352e075481efa915432b1b92faed5d2290e1a53001dfc6d49e50eedab15df1d25828e0e714

pennyuhuru@gmail.com.519540604473.GooglePay.CustomerInformation_001.zip:

MD5- 8de5c5957d5d21e228366d9dcd92c89e
SHA512- 8b5cc27836cb96ecb8cc2c6cbc640543999a3425b29e979c9be0df9da6b2a0d32080e07584ba28bf9ebdbc935fc0b019c97f926ee680ce37556c7244afa84dd8

pennyuhuru@gmail.com.5386162064784953437.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- 6dbbbf618dfed2fcdac8d18b38d19aa5
SHA512- 4cdcc229f5ea955bd1a4e20cda7ca57e7f04fcadfa8973bf1774015b7a2f8a5732853aba12602d93a1affd41b3e4fe6d1681c276145a1f9ccef61f69cc7c98fe

pennyuhuru@gmail.com.5486525203243938179.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- 17b8df1a1f779a47f5adf13956a97fc6
SHA512- f06a755bed7a517a789036e4e80e91dac5b8a28f328ae9cd9d83a7b444e1b9ee8c03f9f6bce51006ae9983a2f9cce682366873832d833d93b51dcd5aa717e1b5

pennyuhuru@gmail.com.975518935725.AccessLogActivity.Activity_001.zip:

MD5- 2ee8f42ab257124a3d0d26015b39bd51
SHA512-



3c7b0a8f399fe9add13253723b4aeba9d57b3f778c6fa1748c64825d5e297cd5c199014eb3264c3a9
39ba9ec3d8dbee5570749e605e8939de1bf501b393e54cf

pennyuhuru@gmail.com.975518935725.AccessLogActivity.Devices_001.zip:

MD5- 7d27c57723e913ead6ec8eacbb1bffd5
SHA512-
7661edb6c5b147f9dc325094de42fd8e286a7ce027d7f37608400d31a2bdde78c8c85788bdc93e2e0
b8f8aa24a28f1d0565ef56762ae96e3f890515cf6d66793

pennyuhuru@gmail.com.975518935725.GoogleAccount.ChangeHistory_001.zip:

MD5- a396da118b4dcdcaa3180e9fdc1c45a1
SHA512-
42f9b161db05bc831ecd16afcb969a58e3d58b81292c6c7f479ef7fca3a2ac57c4edfac81275977988
ecc53a3bd6ed5ae297e80b3cdc7c1830777404ddf8fdef

pennyuhuru@gmail.com.975518935725.GoogleAccount.SubscriberInfo_001.zip:

MD5- 5207246557a34e220230d96637dec53d
SHA512-
8e5584bc90f76ed4af865fc4506a30a26a0cfedadf0bba8ddf78be0dde99e4f90b0741b325835b8278
8b9fc3cf6d56caedf4506d2da8c765d46b35dc40d91bd8

pennyuhuru@gmail.com.975518935725.GoogleChat.GroupInfo_001.zip:

MD5- 2a2d8ad705ef86d52a3b518690da035a
SHA512-
9e1b9af62ef415929244332c131809b051fce8e0465ae44478e503852a5dd0ff86b7463ffb90c33235
25219e6e98599d1b3074c34f07fdba8faa2eb35ce50b23

pennyuhuru@gmail.com.975518935725.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- 5da1a3d452d45a44ff6deeba9342cac2
SHA512-
ccba2d078b2cf69efce62392c64a8ba8afe87221369ea6461306b4aca64f279783fda9c96e4d196f87
3c6eb50cf816f9b6f86a3c7b1125f9b963b6adc1fcfe5d

pennyuhuru@gmail.com.975518935725.GoogleChat.GroupTasks_001.zip:

MD5- a971249f9468ca18ef80d57c6adfbf9b
SHA512-
be6b656e8555023c23094b3c425254d60dbb48000dbc241f97edfebdab41fef94585ecc11bfbf0b15c
12e00ae83f6d24626ac94e5a274068f7e5b9b9d62c4dd4

pennyuhuru@gmail.com.975518935725.GoogleChat.Messages_001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043



MD5- 1f7a2d1cd2f9e1597ee4b68b448fe70b
SHA512- e812e87478d98a9c905955b64a9898df277c7235de4444187b7f725bf819adbfd03afd9047abcc724bd580c9c9dab99e22adeb41125d602f5380ad8ad9d0f9cf

pennyuhuru@gmail.com.975518935725.GoogleChat.UserInfo_001.zip:

MD5- 47682566e8dbd208740fcaa0293e48f7
SHA512- 2481365894342c2386b41a97848444cbce1a4ee1fd926685a6687542acfcfe5e10300f6d4bce5cbabaa14a4578886143b41f0796f9b7802732bbf8a624b78e4e

pennyuhuru@gmail.com.975518935725.Hangouts.ContentAndMetadata_001.zip:

MD5- df59b12424cbb0f3e032decd6ffe2e3a
SHA512- 8175500f57f0cc05d84117d99b8798358a9232c1d88863e0692f9938eb60f9208463c60926140016c64079399654221aeb3db96b992fc46221183643d6277664

pennyuhuru@gmail.com.975518935725.LocationHistory.Records_001.zip:

MD5- baeb491e515db6f68bffc01448697a6d
SHA512- fb3830d81a35720f5db7af2ca9efa4d16957814787b8b9379f3d39c646b3a209e508156aff4a4add60c4a95cbdaeae80af4905317aa39fcb1d353aa3595f1e42

pennyuhuru@gmail.com.975518935725.LocationHistory.SemanticLocationHistory_001.zip:

MD5- 10b44b015c921faa6853e78c6d38f129
SHA512- 0ef13888bb78186924ce3d958afd1345d5b27b6580dafb76bb42e369372c3b5c936447438e789fe177d7076c20d884e50936cd02c7aaa7bfc1a554b4e65c5329

pennyuhuru@gmail.com.975518935725.LocationHistory.Tombstones_001.zip:

MD5- 457e6adb1c075091e5236a2dc5deadf1
SHA512- 1669c00edf74bdc3c8bde6e4d73fc468beddf9ff23d007eec94fe549a79dd32f3ab5668c02053b514f9f2004b963b5cf7ab55c6e2ad0e8e8ab507752f969fde6

pennyuhuru@gmail.com.975518935725.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- 9bd8ef58b7678757354b152b48c83a40
SHA512- bb5943c57ef8853245c5828decaa5962c042314bb36f2c4b7cad0079ef7c7ef2fa944efec3dd0f5b19

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043



6fe7eb1253e0f0dc578c0e4f91b339ab423a99bc5fec59

pennyuhuru@gmail.com.975518935725.Preserved_001.AccessLogActivity.Devices_001.zip:

MD5- 618a894a3342a7ef41096319860e223c
SHA512- 84676a5b85c3995440c8f2545b8fdd15cac5ef7b94ac508b8defe268a063656a583a36f9cc486349790b3fdefd6c5363f09ce5e39fb7c7097d4242900d7332de

pennyuhuru@gmail.com.975518935725.Preserved_001.GoogleAccount.ChangeHistory_001.zip:

MD5- e39d09ee3e31c257a72e17eb1e1c2235
SHA512- e14c3a89dd349f201d83eaa22edbfc7806b79b2feeb71bdcd4dd8c34b438e79da4538228441c1c2a16971170b08f05e4be27394bf123519496e15fc1c7a2c7e4

pennyuhuru@gmail.com.975518935725.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 92bd4de71c9d974dd4ef35db385723d6
SHA512- e6ea58de18c0b91e9e2ebed011e2ca86a523f1ef3447238ec6f87086b68703a58928f26c2f0f4786d2033f5fdc5013cd8946168470dc9bff656b2654a34ab98a

pennyuhuru@gmail.com.975518935725.Preserved_001.GoogleChat.GroupInfo_001.zip:

MD5- 5f5d768b022514f5a54c6310093c210a
SHA512- 9a1cf01b0532c5e03402d5890409db5f2a9439b0190c134f98c05ffa705bab58671ca4c37441cc32fc1f0c1b8417466ec65d33d76ef4e5eac769c05ca5420622

pennyuhuru@gmail.com.975518935725.Preserved_001.GoogleChat.Messages_001.zip:

MD5- 57a65b36ffc48d6ed5c339a112d648c6
SHA512- 1387a85efc09c84d39961d955161ea6f49ebff2ab771ee0395f405e3bcd9527e3ab1ba985cf8d55207c5efa87c4f307d2492d0474bdf65067e8e0f50105ffecb

pennyuhuru@gmail.com.975518935725.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- f3c80e39f731d155627db6c0e8d93932
SHA512- e517cf9dd15bc6057c7b26f5ae9c383a6f95e7214395091c138aee450da6edc800ba3336484c30d4cd18cc6eaa1fc22df04440e058a6ffbddc20e0463d310c0b

pennyuhuru@gmail.com.975518935725.Voice.Communications_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- c28f8ce074135995082ee29356508b59
SHA512- aa7f8922557ce6749dcbde34a7988b33cd46bc373634ef4717f8d1577604486f08bdcf8cb8de5bb7720a449dadd0f29c74d6926fa8220b66087c7c15c55df237

pennyuhuru@gmail.com.Gmail.Content.000.mbox:

MD5- aa37dcbbfc985fc313a9374c0975d900
SHA512- 6a5062b680a221106ca5909e2d49274565d7569a6dcf0386e0dc130e8efea519c8cae35079f96d7a1c8a31b8cd20d3a315b20e62a72ab660c87a5308d4160184

pennyuhuru@gmail.com.Gmail.Content.001.Preserved.mbox:

MD5- 38615530e9af2ead80496406354a4116
SHA512- 9f9994e223cbba2afc5f3e0bf896cb4070986d5532f1fa7e1743d8149d81d75a388071bfd71316dd4fab11c02517550fd4f56cfa5540a06c5aac42769358f5c9

pennyuhuru@gmail.com.Gmail.Content.001.mbox:

MD5- 4d0cd861ffa7200e6c9da88738bb14c8
SHA512- 34bad905b5c194a2ffd679d996c5aa7b805e73d487b1e71f1f49e8f6c124d3ef16ed9df643a9ee29b219063fc8850a7c16838fa7197c93cc0bc57a88c13e4bdb