

## DECLARATION

Re: Augustus C. Romain Jr/Alexander J. McCoy-Reimer/Xavier Hakeem Rushin/Martinus Lashawn Campbell

**CERTIFICATION OF RECORDS COPIES (Custodian's Initials __RS__ )**

  I, a duly authorized Custodian of the Records for United Airlines, Inc. (the "Company"), hereby certify that, to the best of my information and belief, the records enclosed herewith are true and correct copies of the records maintained by the Company, requested in the subpoena, in the above described cause of action/investigation.
  As such, the records were maintained in the ordinary course of such business by employees of the Company at or near the time of the acts, conditions or events recorded therein.
  The enclosed __14__ pages are copies of the original of such records, as described, and no other non-confidential documents relating to the records requested in the above noted action can be found or are available, after due search.

**CERTIFICATION OF NO RECORDS (Custodian's Initials _____ )**

  I, a duly authorized Custodian of the Records for United Airlines, Inc. (the "Company"), hereby certify that a thorough search has been made for records maintained by the Company that were requested in the subpoena in the above described cause of action/investigation.
  Said records may in fact exist, but said records, to the best of our information and belief, are not in our possession at this time.
  I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __6th__ day of __June__, 2022

    By:  Rose Senger_____
       (Please Print)

       *Rose Senger*_____
       Signature