

DATE:  Wednesday    May 26, 2021

A.  I HEREBY CERTIFY that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained _____TECS_____ and that I am the custodian thereof: Information on the following for  January 01, 2014  through  May 21, 2021  :

SEE ATTACHED.

**Babette E. Grout**
Digitally signed by Babette E. Grout
Date: 2021.05.26 16:36:22 -04'00'
_Signature_

Custodian of Record
_Title_

B.  I HEREBY CERTIFY that  Babette Grout  who signed the foregoing certificate was at the time of signing  Designated Custodian of Record  and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.



IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the U. S. Customs and Border Protection, Department of Homeland Security to be affixed this ___twenty-sixth___ day of _____May_____ Two Thousand and Twenty-One.

By direction of the Secretary, U.S. Department of Homeland Security:

**LONNIE LAWSON**
Digitally signed by LONNIE LAWSON
Date: 2021.05.26 17:23:27 -04'00'