UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No.: 8:22-cr-259-WFJ-AEP

v.

OMALI YESHITELA,
PENNY HESS,
JESSE NEVEL, and
AUGUSTUS C. ROMAIN, JR.

## UNITED STATES' EXHIBIT LIST

The United States hereby files the Exhibit List, which lists the exhibits that the United States may introduce during its case-in-chief at trial. This exhibit list is being filed in advance of the court's deadline to assist the defense in trial preparation. The United States respectfully submits that it be permitted to amend this list as becomes necessary during trial preparation or trial.

Respectfully submitted,

By:   s/ Daniel J. Marcet
Daniel J. Marcet
Assistant United States Attorney
Florida Bar No. 0114104
400 N. Tampa St., Suite 3200, Tampa, FL
Daniel.Marcet@usdoj.gov | (813) 274-6028

## CERTIFICATE OF SERVICE

I hereby certify that on August, 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

   Ade Griffin, Esq.
   Leonard Goodman, Esq.
   Mutaqee Akbar, Esq.

I hereby certify that on August 26, 2024, a true and correct copy of the foregoing document and the notice of electronic filing will be sent by United States Mail to the following non-CM/ECF participant(s):

   Augustus C. Romain, Jr.
   Inmate ID: 54801510
   Citrus County Detention Facility
   2604 W Woodland Ridge Dr.
   Lecanto, FL 34461

                              */s/ Daniel J. Marcet*
                              Daniel J. Marcet
                              Assistant United States Attorney
                              Florida Bar No. 0114104
                              400 N. Tampa St., Ste. 3200
                              Tampa, FL 33602-4798
                              Telephone: (813) 274-6000
                              Facsimile: (813) 274-6358
                              E-mail: Daniel.Marcet@usdoj.gov